**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 4:05CR202 |
| Plaintiff(s) | ) ) ) | Judge David D. Dowd, Jr. |
| - vs - | ) ) ) | **O R D E R** |
| Tyrone Hayden | ) ) | |
| Defendant(s) | ) | |

      A hearing was conducted on November 9, 2009, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  The defendant Tyrone Hayden and his counsel, David Jack appeared.  A report and recommendation was filed on October 27, 2009.  The Court adopts the report and recommendation of Magistrate Judge George Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report

    IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a period of One (1) Day in the U.S. Marshal's Office lockup with release at 4:00 p.m.

    IT IS FURTHER ORDERED that upon release from confinement the defendant's period of  supervised release will terminate.

<u>November 9, 2009</u>                      *s/David D. Dowd, Jr.*
   Date                                    DAVID D. DOWD, JR.
                                            U. S. DISTRICT JUDGE